FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 12 AM 8: 31

CLERK _SMcCarthy_
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH CLARK PRUITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-12 |
| | ) | |
| RICHARD ROUNDTREE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion for entry of default judgment, Doc. 22, is **DENIED**.

SO ORDERED this 12th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE