IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 AUG 25 AM 8:35
CLERK _____
SO. DIST. OF GA.

KENNETH CLARK PRUITT,        )
                             )
    Plaintiff,               )
                             )
v.                           )   CV 105-12
                             )
RICHARD ROUNDTREE,           )
                             )
    Defendant.               )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant's motion for summary judgment is **GRANTED**. This civil action is **CLOSED** and judgment is **ENTERED** in favor of defendant.

SO ORDERED this 25th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE